No. 79–446. KINSEY, EXECUTRIX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–447. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–453. CAPITANO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–455. INENDINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–459. LOCAL 736, WILLIAMSPORT FIREFIGHTERS, ET AL. v. CITY OF WILLIAMSPORT ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–473. WORLD CARPETS, INC., ET AL. v. ARMSTRONG CORK CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–484. WALTERS v. McLUCAS, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 79–522. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–540. SOUTHERN OREGON BROADCASTING CO., DBA SOUTHERN OREGON CABLE TV v. DEPARTMENT OF REVENUE OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 79–5009. BRYANT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–5035. IN RE HAYES ET AL. Ct. App. Ohio, Stark County. Certiorari denied.

No. 79–5051. ELLIOTT v. THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.